UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Patricia A. Pettey, | ) | Civil File No. 15-cv-3542 (WMW/TNL) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Hartford Life and Accident Insurance Company, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by plaintiff is hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: July 11, 2016        BEEDEM LAW OFFICE

By:   s/ Alesia R. Strand
Thomas J. Beedem, #19668X
Alesia R. Strand, #332884
222 South Ninth Street, Suite 1600
Minneapolis, MN  55402
Telephone:  612-305-1300
Fax:  612-339-5765
tjb3@beedemlaw.com
ars@beedemlaw.com

ATTORNEYS FOR PLAINTIFF
PATRICIA A. PETTEY

Dated:  July 11, 2016                      LOCKRIDGE GRINDAL NAUEN P.L.L.P.


By:   s/ Scott A. Moriarity
Susan E. Ellingstad, #243346
Scott A. Moriarity, #321977
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612-339-6900
Fax:  612-339-0981
seellingstad@locklaw.com
samoriarity@locklaw.com

ATTORNEYS FOR DEFENDANT
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY