UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia A. Pettey, | Case No. 15-cv-3542 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Hartford Life and Accident Insurance Company, | |
| Defendant. | |

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 13), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 12, 2016                             s/Wilhelmina M. Wright
                                                   Wilhelmina M. Wright
                                                   United States District Judge